```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 19278
   MARCIA BRADFIELD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2913


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 10/18/2007 and was confirmed 12/05/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 08/01/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED VEHIC    6668.51          326.19        1215.01
AMERICAN GENERAL FINANCE  UNSECURED       NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  NOTICE ONLY     NOT FILED            .00            .00
LIGHTHOUSE FINANCIAL GRO  SECURED VEHIC    2348.00          117.66         304.98
OPTION ONE MORTGAGE       CURRENT MORTG       .00              .00            .00
OPTION ONE MORTGAGE       MORTGAGE ARRE       .00              .00            .00
SIERRA VIEW HOLDINGS INC  CURRENT MORTG       .00              .00            .00
SIERRA VIEW HOLDINGS INC  MORTGAGE ARRE    1163.70             .00            .00
CINGULAR WIRELESS         UNSECURED       NOT FILED            .00            .00
CINGULAR WIRELESS         NOTICE ONLY     NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED         203.02             .00            .00
FIRST BANK OF MARIN       UNSECURED       NOT FILED            .00            .00
FIRST BANK OF MARIN       UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         851.14             .00            .00
ECAST SETTLEMENT CORP     UNSECURED         376.52             .00            .00
ECAST SETTLEMENT CORP     UNSECURED         498.12             .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED            .00            .00
SAGE TELECOM INC          UNSECURED         117.91             .00            .00
SAGE TELECOM              NOTICE ONLY     NOT FILED            .00            .00
SALUTE/UTB                UNSECURED       NOT FILED            .00            .00
UNIVERSAL LENDERS INC     UNSECURED        4232.60             .00            .00
LIGHTHOUSE FINANCIAL GRO  UNSECURED         290.75             .00            .00
OPTION ONE MORTGAGE       NOTICE ONLY     NOT FILED            .00            .00
COMMONWEALTH EDISON       UNSECURED            .00             .00            .00
COMCAST                   UNSECURED       NOT FILED            .00            .00
COMCAST                   NOTICE ONLY     NOT FILED            .00            .00
CREDIT ONE BANK           UNSECURED       NOT FILED            .00            .00
LEDFORD & WU              DEBTOR ATTY      3,000.00                       2,109.30
TOM VAUGHN                TRUSTEE                                           328.18
DEBTOR REFUND             REFUND                                            242.27

     Summary of Receipts and Disbursements:

                 PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 19278 MARCIA BRADFIELD
```

```
-----------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                4,643.59

PRIORITY                                           .00
SECURED                                       1,519.99
     INTEREST                                   443.85
UNSECURED                                          .00
ADMINISTRATIVE                                2,109.30
TRUSTEE COMPENSATION                            328.18
DEBTOR REFUND                                   242.27
                       ---------------     ---------------
TOTALS                 4,643.59               4,643.59
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 11/20/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                          PAGE   2
          CASE NO. 07 B 19278 MARCIA BRADFIELD